DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
27 AUGUST 2013

| 204P13 | State v. James Lamont Hazel | 1. Def's NOA Based Upon a Constitutional Question (COA12-1102) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| | | 4. State's Motion to Deem Response to NOA and PDR Timely Served | 4. Allowed |
| 205P13 | State v. Michael Travis Barnes | Def's PDR Under N.C.G.S. § 7A-31 (COA12-278) | Denied |
| 206P13 | State v. Helen B. Renkosiak | Def's PDR Under NC.G.S. § 7A-31 (COA12-975) | Denied |
| 211P13 | Ted L. Bissette and wife, Mary Holly Bissette, Individually and as *Cestuis Que* Trust v. Jennifer T. Harrod; Brooks, Pierce, McLendon, Humphrey & Leonard, LLP, a North Carolina Limited Liability Partnership; all Individually and as Trustees; and Scott W. Rich and wife, Laura K. Rich | Plts' PDR Under N.C.G.S. § 7A-31 (COA12-921) | Denied |
| 213P13 | Anthony Antelo, Employee v. Wal-Mart Associates, Inc., Employer, American Home Assurance, Carrier (Claims Management, Inc., Third-Party Administrator) | 1. Defs' Motion for Temporary Stay (COA12-846) | 1. Allowed **05/17/13** Dissolved the Stay **08/27/13** |
| | | 2. Defs' Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's PDR Under N.C.G.S. § 7A-31 | 3. Denied **Beasley, J., Recused** |